UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-246RAJ |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| RICKY GORDON, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

(a)     Any and all images of child pornography, in whatever form and however stored; and

(b)     One Red Apple iPhone.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS entry of a Final Order of Forfeiture is appropriate because:

- In the plea agreement he entered on August 17, 2015, Defendant RICK GORDON ("the Defendant") forfeited his interest in the above-listed property pursuant to 18 U.S.C. § 2253 (Dkt. No. 14);

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On January 5, 2016, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's right, title, and interest in it (Dkt. No. 24);

- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 25); and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Cohen in Support of Motion for Entry of a Final Order of Forfeiture); and

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the above-listed property as permitted by governing law.

DATED this 11th day of September, 2017.


The Honorable Richard A. Jones
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970